CATHERINE RISPIN, as Administratrix of the Estate of BRIDGET RISPIN, Deceased, Appellant, v. ST. ELEANORA'S HOME FOR CONVALESCENTS, Respondent.— In an action to recover damages for personal injuries resulting from plaintiff's fall down a flight of stairs, allegedly due to defendant's failure properly to illuminate a hall and to safeguard the stairway, judgment for the defendant, entered upon a jury verdict, unanimously affirmed, with costs. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

MORRIS SCHWARTZ, Appellant, v. ABRAHAM SHAFFER, Respondent.— Action to recover damages for deceit in causing the assignment of insurance policies. Judgment entered in favor of defendant, after trial by the court without a jury, unanimously affirmed, without costs. No opinion. Appeal from order directing entry of judgment dismissed, without costs. No such order is printed in the record on appeal. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *post,* p. 879.]

SARAH SUMMERS, Respondent, v. SYDELLE FRIEDBERG, Appellant-Respondent, EDWARD GOLDBERG, Defendant-Appellant, et al., Defendants.— Action to recover damages for personal injuries sustained by plaintiff, a pedestrian, when she was struck by a sign which fell from the roof of a shack which had been erected on the property of appellant Sydelle Friedberg by appellant Edward Goldberg, a general contractor engaged in the erection of a one-family house thereon. Amended judgment in favor of plaintiff against both appellants, and in favor of appellant Friedberg against appellant Goldberg, unanimously affirmed, with one bill of costs to plaintiff against both appellants, and with costs to appellant Friedberg against appellant Goldberg. No opinion. Appeal from order granting motion to amend the original judgment dismissed, without costs. There is no such order in the record on appeal. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *post,* p. 871.] :

MARY WAKS, Respondent, v. VERA ROTGERBERG, Appellant.— Action to recover damages for personal injuries suffered as a consequence of falling on wet and slippery marble steps leading to the roof in a multiple dwelling, which condition was due to negligent construction and maintenance of a door at the head of the staircase. Judgment unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ. [See *post,* p. 879.]